COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email:  ddowd@CDQLaw.com
Rebecca van Doren (019379)
Email:  rvandoren@CDQLaw.com
 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Anthony T. DeFrancesco,<br><br>             Plaintiff,<br><br>vs.<br><br>The Arizona Board of Regents; Michael D. Dake,<br><br>             Defendants. | Case No:  4:20-cv-00011-TUC-CKJ<br><br>**UNOPPOSED REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)**<br><br>(Assigned to the Honorable Cindy K. Jorgenson) |

On September 14, 2021, this Court granted Defendants The Arizona Board of Regents and Dr. Michael D. Dake's Motion to Dismiss, dismissed Plaintiff Anthony DeFrancesco's claims with prejudice, and ordered the Clerk to close the case.  [Doc. 43.]  On September 16, 2021, Plaintiff filed his Notice of Appeal.  [Doc. 44.]  However, judgment has not yet been entered because a separate document, as required by Fed. R. Civ. P. 58(a), has not been filed.  Entry of judgment is required both for the Notice of Appeal to become effective and to trigger the 14-day deadline for Defendants to file their application for attorneys' fees and costs. *See* Fed. R. App. P. 4(a)(2) ("A notice of appeal filed after the court announces a decision or order—but before the entry of the judgment or order—is treated as filed on the date of and after the entry."); Fed. R. Civ. P. 54(d) (motion for fees must be filed "no later than 14 days after the entry of judgment"); LRCiv. 54.2(b)(2) ("[T]he party seeking

an award of attorneys' fees and related non-taxable expenses must file and serve a motion for award of attorneys' fees and related non-taxable expenses (along with a supporting memorandum of points and authorities) within fourteen (14) days of the entry of judgment.").

Accordingly, as permitted by Fed. R. Civ. P. 58(d), Defendants respectfully request that a judgment satisfying Fed. R. Civ. P. 58(a) be entered. We have consulted with counsel for Plaintiff, who has stated that Plaintiff does not oppose Defendants' request. A proposed Order directing the Clerk to enter judgment is attached.

RESPECTFULLY SUBMITTED this 27th day of September, 2021.

> COHEN DOWD QUIGLEY
> The Camelback Esplanade One
> 2425 East Camelback Road, Suite 1100
> Phoenix, Arizona 85016
> Attorneys for Defendants
>
> By:   */s/ Daniel G. Dowd*
> Daniel G. Dowd
> Rebecca van Doren