# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony T DeFrancesco,<br><br>      Plaintiff,<br><br>v.<br><br>Arizona Board of Regents, et al.,<br><br>      Defendants. | **NO. CV-20-00011-TUC-CKJ**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 25, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

August 25, 2023

                                        s/ A. Calderón
                             By   Deputy Clerk